USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MILTON WILLIAMS, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                  Plaintiff,

-against-

HM.CLAUSE, INC., AND GARDEN TRENDS,
INC.,

                  Defendants.
------------------------------------------------------------X

21-CV-514 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 20, 2021, Plaintiff filed a complaint against Defendant HM.Clause, Inc. (Dkt. 1);

    WHEREAS on May 7, 2021, without seeking the Court's leave, Plaintiff filed an Amended Complaint adding Garden Trends, Inc. as a Defendant (Dkt. 8);

    WHEREAS on May 10, 2021, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i), dismissing Defendant HM.Clause, Inc. (Dkt. 11);

    IT IS HEREBY ORDERED that not later than **May 14, 2021**, Plaintiff must file a letter motion explaining: why he did not seek the Court's permission, pursuant to Federal Rule of Civil Procedure 21, to file an amended complaint that added a new party; why the Court should grant any belated motion to add Defendant Garden Trends, Inc. as a party; and why, given his dismissal of Defendant HM.Clause, Inc., the Court should not simply dismiss the entire case.

**SO ORDERED.**

Date: May 11, 2021
      New York, New York

                                         **VALERIE CAPRONI**
                                         **United States District Judge**